JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

WILSON BARITA HASIHOLAN,

          Petitioner,

    v.

GEORGE C. ZOLEY, et al.,

          Respondents.

No. 5:25-cv-03196 AH (DSR)

**JUDGMENT**

    Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus is GRANTED.  Respondents are ORDERED to release Petitioner from their custody immediately, subject to his 2011 order of supervision.

DATED:  JANUARY 30, 2026

_____

      HON. ANNE HWANG
    UNITED STATES DISTRICT JUDGE